ISAAC MASON *versus* SAMUEL CURRIER.

Exceptions to the determination of a Judge at *Nisi Prius* in a case unconditionally submitted to him under the statute of 1852, do not lie.

This action was referred to RICE, J., presiding at *Nisi Prius,* under the provisions of the act of 1852, chap. 246, sec. 12, and judgment rendered for the plaintiff.

There was no reservation of any right to except to the determination of the judge.

*J. M. Meserve,* counsel for the plaintiff; to the point that

exceptions do not lie in a case like this, referred to the language of the statute and cited.　39 Maine R., 315, 367.

*A. G. Stinchfield,* counsel for the defendant.

DAVIS, J.　This case was submitted to the presiding judge under statute of 1852, with no right to except reserved to either party.

*Exceptions overruled.*